IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|     Plaintiff, | ) | 8:04cr276 |
| v. | ) | |
| PATRICIA FANNING, | ) | ORDER |
|     Defendant. | ) | |

The Clerk's Office has requested that Document Number 91 be stricken from the record for the following reason:

- Duplicate document of number 90.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 91 from the record.

DATED this 30th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge